UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEYBANK NATIONAL ASSOCIATION,

                  Plaintiff,

– *against* –

TUSCALOOSA CHARTER SERVICE, LLC
*and* CLIFTON DORSEY,

                  Defendants.

**ORDER**

22 Civ. 1938 (ER)

Ramos, D.J.:

    In this matter, the defendants were served on March 11, 2022. Docs. 8, 9. The defendants' answers were due April 1, 2022. *Id.* As of this date, the defendants have neither appeared nor answered, and there has been no further action to date. Keybank is therefore directed to submit a status report by April 27, 2022. Failure to comply could result in adverse actions, including dismissal for failure to prosecute.

    SO ORDERED.

Dated:   April 20, 2022
             New York, New York

                                              Edgardo Ramos, U.S.D.J.